IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  John William Ables and Pamela Jo Ables                    CASE NO:    4:22-bk-10888 J
                                                                                                                    Chapter 13

## CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on 10/06/2022 as a result of the Debtors' failure to make payments as required by the plan. The motion was set for hearing on 10/20/2022. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the Debtors are in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the Debtors complying with the following:

1. The Debtors shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period: November 2022 through April 2023.

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the Debtors complying with the above provisions. Failure of the Debtors to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date: 10/20/2022

/s/  Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

cc:  Mark T. McCarty, Trustee

John G. Phillips     (Noticed by ECF)
Law Office Of John G. Phillips, P.A.
P O Box 94827
North Little Rock, AR  72190-4827

John William Ables and Pamela Jo Ables
52 Leslie Rd
Conway, AR  72032